

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00045-CV

| | | |
|---|---|---|
| Rukmi Indah Idniarti, Rubby Valentina Issakh, Yohannes Roditya, Mulyani Irianti, Dina Novia Sari, Novianti Debby Putri, Drrj Tri Saputra, and Siti Sarah | § | From the 153rd District Court |
| | § | of Tarrant County (153-197338-03) |
| v. | § | |
| | | May 9, 2013 |
| Bell Helicopter Textron, Inc. and Bell Helicopter Korea, Inc. | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants, Rukmi Indah Idniarti, Rubby Valentina Issakh, Yohannes Roditya, Mulyani Irianti, Dina Novia Sari, Novianti Debby Putri, Drrj Tri Saputra, and Siti Sarah shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Bob McCoy